Cox, Kenneth William & Fredyne Ford                                                   09-11246

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-11246 JAB | COX, KENNETH WILLIAM |
| 92000254576266 | COX, FREDYNE FORD |
| COMBINED SMALL CHECK | |

VOID AFTER 90 DAYS                116
TID #380380                       60-249 / 433
WILBUR J. (BILL) BABIN, JR.       47
                                  12298

Date   05/12/2010        $ ***********0.39

~~~NO Dollars and 39/100

Pay to the Order of:
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑈000000116⑈ ⑆043302493⑆ 92000254576266⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227181      - KW
* * C O P Y * *
June 01, 2010
14:20:24

UNC.UNDER$25
09-11246
Debtor.: KENNETH WILLIAM COX
Trustee: Wilbur Babin, Jr.
Amount.:
Check#.: 116                 $0.39 CH

Total -> $0.39

FROM: BABIN

6/1/2010:
Deposited in 106000
treasury Account.
Due:
Northshore Imaging

CVogel